**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7052**

---

In Re: JOSEPH JOHNSON, JR.,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CR-96-180)

---

Submitted:  October 4, 2001          Decided:  October 12, 2001

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Joseph Johnson, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Johnson, Jr., filed this mandamus petition requesting that this court direct the district court to amend its criminal judgment so as to comply within the dictates of U.S. Sentencing Guidelines Manual § 5G1.3 (1998). Where there is another available remedy, mandamus relief is not available. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is not a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Johnson could have challenged his sentence in a direct appeal of the criminal judgment or in his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. He did neither, however. Accordingly, we deny mandamus relief. We deny Johnson's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED